THE DOCHTERMANN VAN AND EXPRESS COMPANY, Respondent, *v.* FISS, DOERR AND CARROLL HORSE COMPANY, Appellant.

*Dochtermann Van & Express Co.* v. *Fiss, Doerr & Carroll Horse Co.*, 155 App. Div. 162, appeal dismissed.

(Argued April 14, 1913; decided April 22, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1913, upon an order which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and dismissing the complaint, and directed judgment for plaintiff on the verdict in an action on a contract of sale.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict was supported by the evidence and that no question of law was involved.

*I. L. Broadwin* for motion.

*Albert H. T. Banzhaf* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.